UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.　2:24–cv–00728–MWF–E　　　　　Date　　January 29, 2025

Title　　　ELSA GARCIA SOLIS V. NISSAN NORTH AMERICA INC. ET AL

---

PRESENT:　THE HONORABLE　MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

　　　　Rita Sanchez　　　　　　　　　　　　　Not Reported;
　　　　Courtroom Deputy　　　　　　　　　　　Court Reporter

　　Attorney(s) Present for Plaintiff(s):　　Attorney(s) Present for Defendant(s):
　　　　　None Present　　　　　　　　　　　　None Present

**PROCEEDINGS (IN CHAMBERS):　COURT ORDER**

　　　In light of the Notice of Settlement filed 11/18/2024, the Court sets a hearing on Order To Show Cause Re Dismissal for March 31, 2025 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　Initials of Clerk:　rs