JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA GARCIA SOLIS, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation,<br><br>    Defendants. | Case No.: 2:24-cv-00728-MWF(Ex)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Court has considered the parties' Joint Stipulation of Dismissal with Prejudice. (Docket No. 25). For good cause shown, the parties' request is GRANTED. The entire action, including all claims and counterclaims stated herein against all parties, is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: May 12, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

1
ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE